IN THE COUNTY COURT OF THE THIRTEENTH JUDICIAL CIRCUIT OF THE STATE OF FLORIDA, IN AND FOR HILLSBOROUGH COUNTY, CIVIL ACTION

ROGER BENSON,
and
AILEEN BENSON,
      Plaintiffs,

vs.                    CASE NO.:

SOLOMON AND SOLOMON, P.C.
and I.C. SYSTEMS, INC.
And VERIZON, LLC

      Defendants.
_____/

2010   4079

## STATEMENT OF CLAIM

Plaintiffs Roger Benson and Ailenn Benson, by the undersigned attorneys, sues defendants Solomon and Solomon, P.C. and I.C. Systems, Inc. and Verizon, LLC states as follows:

### INTRODUCTION

1. This is an action for damages which do not exceed $2,500.00 per defendant. This court further has jurisdiction over the defendants Solomon and Solomon P.C. and I.C. Systems, Inc. herein pursuant to 15 U.S.C. § 1692k and § 48.193, Fla. Stat.

2. This is an action for damages brought by an individual consumer for violations of the federal Fair Debt Collection Practices Act ("FDCPA") and the Florida Consumer Collection Practices Act, Chapter 559, Florida Statutes (hereinafter "FCCPA").

3. The FDCPA prohibits debt collectors from engaging in abusive, deceptive and unfair practices in the collection of consumer debts. The FCCPA prohibits any person from engaging in

abusive, deceptive and unfair practices in the collection of consumer debts.

4. The debt or debts sought to be collected by the defendants herein was a consumer debts within the meaning of the FDCPA and the FCCPA.

5. The plaintiff has retained the below-signed attorney and is obligated to pay him a reasonable fee for his services.

## II. PARTIES

6. Plaintiff Roger Benson is a natural person residing in Hillsborough County, Florida.

7. Plaintiff Aileen Benson is a natural person residing in Hillsborough County, Florida.

8. The defendants herein are as follow:

    a. Solomon and Solomon, P.C. (hereinafter sometimes referred to as "Solomon"), is a foreign corporation doing in business in this state, with its principal place of business located in Albany, New York.

    b. I.C. Systems, Inc. (hereinafter sometimes referred to as ("IC"), is a foreign corporation doing business in this state, with it's principal place of business located in St. Paul, Minnesota.

    c. Verizon, LLC is a Florida Limited Liability Corporation.

9. Defendants Solomon and I.C. Systems, Inc., and I.C. Systems, Inc. are "debt collectors" as defined by the FDCPA at

15 U.S.C., § 1692a(6). All defendants herein are subject to the provisions of the FCCPA.

### III. FACTUAL ALLEGATIONS

10. The defendant Verizon, LLC engaged in collection practices in regards to Roger Benson and Aileen Benson, that violated section 559.72(7) by willfully engaging in conduct which could reasonably be expected to abuse or harass the debtor or any member of his or her family.

11. The defendant Solomon and Solomon, P.C. sent a letter dated August 28, 2009, to Roger Benson falsely implying significant attorney involvement when in fact there was no significant attorney involvement.

12. The defendant I.C. Systems, Inc., sent a a letter to Roger Benson, falsely stating that if he disputed the debt within 30 days of the letter I.C. Systems, Inc., sent to him, I.C. Systems, "will obtain verification of the debt or obtain a copy of a judgement and mail you a copy of such judgment or verification." Roger Benson disputed the debt in writing within thirty days and I.C. Systems, Inc., failed to obtain verification of the debt or obtain a copy of the judgment and mail him a copy of the judgment or the verification."

13. The above-said collection activity is described as follows, and violated FDCPA and/or the FCCPA as indicated:

14. As a result of the above violations of the FDCPA, each

plaintiff may recover up to a total of $1,000.00 statutory damages against each defendant in this action together with actual damages, attorney's fees, and costs, all pursuant to 15 U.S.C. § 1692k.

15. As a result of the above violations of the FCCPA, defendants are separately liable to each plaintiff for maximum statutory damages of $1,000.00 together with actual damages, costs, and attorneys fees as provided in § 559.77, Fla. Stat.

WHEREFORE, demand is hereby made for judgment against the defendants as indicated herein above for the following:

a. Actual and statutory damages pursuant to § 559.77, Fla. Stat.;

b. Actual damages and statutory damages pursuant to 15 U.S.C. § 1692(k);

c. Costs and attorneys' fees pursuant to both § 559.77(2), Fla. Stat., and 15 U.S.C. § 1692k;

d. Such other and further relief as the Court may deem to be just and proper.

*Fred W. Vollrath*
FREDERICK W. VOLLRATH, ESQ.
307 S. Fielding Ave., Suite #2
Tampa, FL 33606-4126   FBN 165812
813-251-2626   Fax: 813-200-3395
Email: fredvollrath@aol.com
ATTORNEY FOR PLAINTIFF